IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANIFF CB LTD., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2071 |
| | § | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

Currently pending before this court are Liberty Mutual Fire Insurance Company's four motions for partial summary judgment. (Docket Entry Nos. 22–25). In light of ongoing settlement negotiations, the parties jointly seek to extend the plaintiffs' deadline to respond to these motions. The request is granted. The plaintiffs' deadline for response is extended to **December 9, 2011**.

Additionally, the parties jointly seek to extend the deadlines for the joint pretrial order and motions in limine and the date of docket call. Accordingly, the joint pretrial order and motions in limine must be filed by **January 20, 2012**. Docket call is reset for **January 27, 2012,** in Courtroom 11-B, at 2:00 p.m.

The court looks forward to prompt notification of the status of the parties' settlement negotiations.

SIGNED on November 17, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge