IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANIFF CB LTD., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-2071 |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**ORDER**

Currently pending before this court are Liberty Mutual Fire Insurance Company's four motions for partial summary judgment. (Docket Entry Nos. 22–25). The plaintiffs have moved to extend the deadline to respond to those motions, currently set for December 9, to December 23. An extension is necessary, they contend, "[t]o facilitate the parties' ongoing efforts to resolve this case by agreement[.]" (Docket Entry No. 30, ¶ 3). Liberty Mutual opposes the motion.

The court previously granted the plaintiffs an extension, to the current deadline of December 9, in light of the ongoing settlement negotiations. (Docket Entry No. 29). Although the court encourages the parties to continue their negotiations, no explanation is provided as to why another extension is needed. Given the opposition, there is no basis to grant the extension. The plaintiffs' opposed motion for an extension of time, (Docket10- Entry No. 30), is denied.

SIGNED on December 8, 2011, at Houston, Texas.

                                                                                     _____
                                                                                            Lee H. Rosenthal
                                                                                     United States District Judge